Gerald Barrett, SBN: 005855
WARD, KEENAN & BARRETT, P.C.
3838 N. Central Avenue, Suite 1720
Phoenix, AZ 85012
Tel: 602-279-1717
Fax: 602-279-8908
Email: gbarrett@wardkeenanbarrett.com
Attorney for Plaintiffs/Judgment Creditor

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Cohill as Trustee of the Plaintiff Taft-Hartley Trust Funds, et al., | Case No.: CV-14-02801-PHX-ESW |
| Plaintiffs/Judgment Creditors, | |
| v. | APPLICATION FOR WRIT OF GARNISHMENT (NON-EARNINGS) (A.R.S. §§ 12-1572 through -1597) |
| Camelback Contractors, Inc. an Arizona Corporation, | |
| Defendant/Judgment Debtor, | |
| _____ | |
| First Fidelity Bank, N.A, | |
| Garnishee. | |

1. Plaintiff Judgment/Creditors, Fred Cohill and Masavi Perea, each in their respective capacity as trustee; Phoenix Painting Industry Trust Fund; Phoenix Painters Pension Trust Fund; Painters and Decorators Joint Apprenticeship Trust Fund; and Labor Management Cooperative Initiative, were awarded a money judgment or order against Defendant Judgment/Debtor Camelback Contractors, Inc.

2. The amount due on the money judgment is $117,667.55 for contributions, $12,100.08 for liquidated damages, and $4,352.00 for the cost of the audit. The cost of

serving the Writ of Garnishment will be shown on the Affidavit of Service and may be added to the Judgment along with allowable costs.

3. Plaintiff Judgment/Creditor believes the statements checked below are true:

*(Check all that apply)*

[ ] Garnishee owes Defendant Judgment/Debtor money which was not earned by Defendant Judgment/Debtor for personal services performed by Defendant Judgment/Debtor.

[X] Garnishee is holding money for Defendant Judgment/Debtor which is not exempt from collection.

[ ] Garnishee has personal property which belongs to Defendant Judgment/Debtor and which is not exempt from collection.

[ ] Garnishee is a corporation and Defendant Judgment/Debtor owns shares or other interest in the corporation.

4. Garnishee's name and address is:

First Fidelity Bank, N.A.
6232 N. 32nd Street
Phoenix, Arizona 85018

5. Judgment/Creditors have included a Summons and Writ of Garnishment form herewith and ask that the Writ be issued.

Dated this August 12, 2015.

**WARD, KEENAN & BARRETT, P.C.**

By: <u>s/Gerald Barrett</u>
Gerald Barrett
3838 N. Central Avenue, Ste.1720
Phoenix, AZ 85012
Attorney for Plaintiffs/Judgment Creditors

1  COPY of the foregoing
2  mailed this August 12, 2015 to:

3  Wayne Wade Houser, Jr.
   Camelback Contractors, Inc.
4  10201 N. 21st Ave., Suite 9
5  Phoenix, AZ 85021-1827

6  By:   Carol L. Thomas

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26