Gerald Barrett, SBN: 005855
WARD, KEENAN & BARRETT, P.C.
3838 N. Central Avenue, Suite 1720
Phoenix, AZ 85012
Tel: 602-279-1717
Fax: 602-279-8908
Email: gbarrett@wardkeenanbarrett.com
Attorney for Plaintiffs/Judgment Creditor

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Cohill as Trustee of the Plaintiff Taft-Hartley Trust Funds, et.al., <br><br> Plaintiffs/Judgment Creditors, <br><br> v. <br><br> Camelback Contractors, Inc. an Arizona Corporation, <br><br> Defendant/Judgment Debtor, <br><hr> First Fidelity Bank, N.A., <br><br> Garnishee. | Case No.: CV-14-02801-PHX-ESW <br><br> AFFIDAVIT IN SUPPORT OF APPLICATION FOR WRIT OF GARNISHMENT (NON-EARNINGS) <br> (A.R.S. §§ 12-1572 through -1597) |

Upon being placed under oath, I, Gerald Barrett, hereby state:

1. I am counsel of record for the Plaintiffs/Judgment Creditors.
2. This day, on behalf of the Plaintiffs/Judgment Creditors, I have filed an Application for Writ of Garnishment (Non-Earnings). To the best of my information and belief, the matters set forth in that Application are true.

Respectfully submitted this 12th day of August 2015.

1     State of Arizona    )

2                               ) ss.

3     County of Maricopa )

                                                      Gerald Barrett

7     Subscribed and sworn to before me this 12th day of August, 2015, by Gerald

8 Barrett.

                                                    Carol L. Thomas
                                                    Notary Public

12     My commission expires:

    CAROL L. THOMAS
    Notary Public - State of Arizona
    MARICOPA COUNTY
    My Commission Expires
    October 14, 2016

2