Gerald Barrett, SBN: 005855
WARD, KEENAN & BARRETT, P.C.
3838 N. Central Avenue, Suite 1720
Phoenix, AZ 85012
Tel: 602-279-1717
Fax: 602-279-8908
Email: gbarrett@wardkeenanbarrett.com
Attorney for Plaintiffs/Judgment Creditor

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Cohill as Trustee of the Plaintiff Taft-Hartley Trust Funds, et al., | Case No.:  CV-14-02801-PHX-ESW |
| Plaintiffs/Judgment Creditors, | |
| v. | WRIT OF GARINISHMENT AND SUMMONS (NON-EARNINGS) (A.R.S. §§ 12-1571 through -1574) |
| Camelback Contractors, Inc. an Arizona Corporation, | |
| Defendant/Judgment Debtor, | |
| _____ | |
| First Fidelity Bank, N.A, | |
| Garnishee. | |

GARNISHEE:

   TO THE SHERIFF, CONSTABLE OR OTHER AUTHORIZED PROCESS

SERVER IN MARICOPA COUNTY: You are commanded to summon garnishee named

above, who is believed to be in your county, to answer the following claims:

   1.   Judgment Creditors, Fred Cohill and Masavi Perea, each in their respective

capacity as trustee; Phoenix Painting Industry Trust Fund; Phoenix Painters Pension

1    Trust Fund; Painters and Decorators Joint Apprenticeship Trust Fund; and Labor

2    Management Cooperative Initiative were awarded a judgment against Camelback

3    Contractors, Inc., the judgment debtor.

4        2.    The amount due is $117,667.55 for contributions, $12,100.08 for liquidated

5    damages, and $4,352.00 for the cost of the audit.  The cost of serving this Writ of

6    Garnishment will be shown on the Affidavit of Service and may be added to the

7    judgment.

8        3.    Judgment creditor believes that garnishee holds nonexempt property or

9    money other than wages owed or belonging to judgment debtor.

10       4.    The addresses of the Plaintiff/Judgment Creditor, Defendant/Judgment

11   Debtor, garnishee, attorney or representative of garnishee (if any) are:

12

13   JUDGMENT CREDITOR                    JUDGMENT DEBTOR

14   Various Phoenix Painting Industry    James Houser
     Trust Funds                          Camelback Contractors, Inc.
15   c/o Ward Keenan & Barrett, PC        10201 N. 21st Ave., Suite 9
     3838 N. Central Ave., Suite 1720     Phoenix, AZ 85021-1827
16   Phoenix, Arizona 85012

17

18   GARNISHEE

19   First Fidelity Bank, N.A.
     6232 N. 32nd Street
20   Phoenix, Arizona 85018

21

22   **TO THE ABOVE-NAMED GARNISHEE (A.R.S. § 12-1579)**

23   GARNISHEE SHALL answer in writing, under oath, within ten (10) days after service of

24   the WRIT OF GARNISHMENT upon you, all of the following questions:

25       1.    Whether the garnishee has money or property belonging to

26   Defendant/Judgment Debtor Camelback Contractors, Inc.;

2

2.      What is the amount of money owed the Defendant/Judgment Debtor Camelback Contractors, Inc. and the amount of money withheld;

3.      What is the amount of money released with the reason(s) for the release stated;

4.      A description of personal property of the Defendant/Judgment Debtor Camelback Contractors, Inc. in possession of the Garnishee;

5.      What the Garnishee has withheld;

6.      What shares or interest the Defendant/Judgment Debtor Camelback Contractors, Inc. may own if the garnishee is a corporation.

## SUMMONS

A Writ of Garnishment has been issued, naming you as garnishee.  You are commanded to answer this Writ in writing, under oath, and file the answer with the Court within ten (10) days (excluding weekends and holidays) after service on you.  If you don't answer, you may be ordered to appear in person to answer the WRIT.

WARNING: A default judgment may be entered against you, the garnishee, for the full amount shown on the writ, plus attorney fees and costs if you fail to answer the writ within ten (10) days.

**DO NOT SEND ANY MONEY UNTIL YOU RECEIVE A COURT ORDER TELLING YOU TO DO SO.**

**SERVICE ON DEFENDANT/JUDGMENT DEBTOR**

Pursuant to A.R.S. § 12-1274(C), you have been served with two copies of the Summons and Writ of Garnishment, a copy of the underlying judgment, four copies of the Answer form, two copies of the Notice to Judgment Debtor and Request for Hearing form and one copy of the Instructions to Garnishee provided for in section A.R.S. § 12-1596.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Under A.R.S. § 12-1274(D), you are required within three days, not including weekends and holidays, to deliver to the Judgment Debtor a copy of the Summons and Writ of Garnishment, a copy of the underlying judgment and the Notice to Judgment Debtor and Request for Hearing form.

_____                    _____
Date                                                                      Judicial Officer/Clerk of the Court

4